IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CASIM NOBLE,

Plaintiff,

v.

TOSHIBA GLOBAL COMMERCE
SOLUTIONS, INC., et al.,

Defendants.

1:24-CV-1084-DAB-JEP

## **ORDER**

This matter is before the Court for review of the Memorandum Opinion and Recommendation filed on March 25, 2026. *3/25/26 Memorandum Opinion and Recommendation of United States- Magistrate Judge* (D.E. 29). The Magistrate Judge recommends granting Defendants' Motion to Dismiss (D.E. 16) in part and denying in part. The Magistrate Judge recommends granting the Motion to Dismiss as to the claim against Toshiba Global Commerce Solutions, Inc. for race discrimination in violation of North Carolina's Equal Employment Practices Act, N.C.G.S. § 143-422.2, and the claims against individual employees and officers for "defamation, fraud and conspiracy to cover up and obstruct the EEOC investigation" and "Supervisor Liability." The deadline for objections passed on April 13, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ORDERED that the Magistrate Judge's Recommendation, *3/25/26 Memorandum Opinion and Recommendation*, is ADOPTED, Defendants'

Motion to Dismiss is GRANTED as to Plaintiff's state law claims and claims against individual defendants but DENIED as it relates to Plaintiff's claims for racial discrimination and retaliation under Title VII and § 1981 against Toshiba. Moreover, it is ORDERED that Defendants Michael Glendenning, Steven Mensch, James Fornabaio, Scott Enke, Patrick Tarry, Amanda Stevens, and Bob Hunsinger be dismissed from this action.

IT IS SO ORDERED.

This the 23rd day of April, 2026.

 /s/ David A. Bragdon
United States District Judge